## In re Estate of Mary Elizabeth Murr, Deceased.
## Thelma Bowman Rodeseiler and Argyle Bowman, Appellants, v. John Cleveland Murr, Executor of Estate of Mary Elizabeth Murr, Deceased, Appellee.

### Gen. No. 9,745.

572

Heard in this court at February term, 1942; opinion filed May 14, 1942. T. Fred Laramie, for appellants; William R. Friedrich, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''